David R. Zarka, SBN 103185
STONE & GRAVES
2377 Gold Meadow Way, Suite 210
Gold River, CA 95670
Telephone:  (916) 631-1522
Facsimile:   (916) 631-1592

David A. Palladino (CO SBN 31479)
SolarFrameWorks Co.
765 Moss Street
Golden, CO 80401
Telephone: (303) 675.0200

Attorneys for Defendant
IMAGINIT SOLAR BUILDING PRODUCTS, LLC d/b/a SOLARFRAMEWORKS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ADEMA TECHNOLOGIES, INC., D/B/A GLORIA SOLAR (USA)<br><br>Plaintiff,<br>v.<br><br>IMAGINIT SOLAR BUILDING PRODUCTS, LLC, D/B/A SOLARFRAMEWORKS<br><br>Defendant. | CV 12-1366 PSG<br><br>**REQUEST OF DEFENDANT'S/CROSS-CLAIMANT'S COUNSEL PRO HAC VICE TO APPEAR BY TELEPHONE, AND [PROPOSED] ORDER THEREON**<br><br>Date: June 12, 2012<br>Time: 2:00 p.m.<br>Courtroom: 5 |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that Defendant's/Cross-Claimant's counsel *pro hac vice*, David A. Palladino, who maintains his office in Golden, Colorado, requests permission of this Court to appear by telephone at the Case Management Conference scheduled for the above-mentioned date and time.

Respectfully submitted.

Date: June 2, 2012                               /s/
                                        DAVID A. PALLADINO
                                        Attorney for Defendant/Cross-Claimant

**1**
REQUEST OF DEFENDANT'S/CROSS-CLAIMANT'S COUNSEL PRO HAC VICE TO APPEAR BY TELEPHONE, AND ORDER THEREON

**ORDER**

Having considered the request of Defendant's/Cross-Complainant's counsel *pro hac vice* to appear by telephone at the Case Management Conference scheduled for June 12, 2012, and good cause appearing therefore,

**IT HEREBY IS ORDERED** that the requested permission is granted. "Eqwpugn ku"kpuvtwevgf "vq"eqpvcev"EqwtvEcmcv": 88/7: 4/8: 9: "vq"cttcpi g"hqt"vgngr j qpke"cr r gctcpeg0

"

Date<"Lwpg"  ."4234

PAUL SINGH GREWAL
U.S. Magistrate
United States District Court
Northern District of California