JEFFREY A. SNYDER (CA Bar No. 148217)
*jeff@shumansnyder.com*
ERIN L. McDERMIT (CA Bar No. 241167)
*erin@shumansnyder.com*
SHUMAN SNYDER LLP
525 Middlefield Road, Suite 100
Menlo Park, CA  94025
Tel:  650.443.5100
Fax:  650.644.3348

DAVID J. SHLANSKY* (MA BBO No. 565321)
*David.Shlansky@slglawfirm.com*
SHLANSKY LAW GROUP, LLP
303 Wyman Street, Suite 300
Waltham, MA 02451
Phone: (617) 497-7200
Fax:     (866) 257-9530

* Admitted *pro hac vice*

Attorneys for Plaintiff
ADEMA Technologies, Inc.,
doing business as Gloria Solar (USA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADEMA TECHNOLOGIES, INC., D/B/A GLORIA SOLAR (USA),<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>IMAGINIT SOLAR BUILDING PRODUCTS, LLC, D/B/A SOLARFRAMEWORKS,<br><br>Defendant and Counterclaim Plaintiff. | CASE NO.  C-12-01366 PSG<br><br>**REQUEST OF PLAINTIFF/COUNTERCLAIM DEFENDANT'S COUNSEL *PRO HAC VICE* TO APPEAR BY TELEPHONE, WITH [~~PROPOSED~~] ORDER**<br><br>Date: June 12, 2012<br>Time: 2:00 p.m.<br>Courtroom:  5 |

///

///

///

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff/Counterclaim Defendant's counsel *pro hac vice*, David J. Shlansky, who maintains his office in Waltham, Massachusetts, requests permission of this Court to appear by telephone at the Case Management Conference scheduled for the above-mentioned date and time.

Plaintiff/Counterclaim Defendant's counsel understand that per Civil L.R. 16-10 this request should be submitted 7 days before the Case Management Conference, but there was some confusion as to the correct date of the Case Management Conference due to the Court producing two separate orders with two different Case Management Conference dates. In an abundance of caution, we have filed all of the necessary papers under the assumption that the Case Management Conference could be held on June 12th, but we thought the Case Management Conference would actually be held on June 19th. With Attorney David Shlansky located in Massachusetts and Attorney David Palladino located in Colorado, allowing Attorneys Shlansky and Palladino to participate in tomorrow's Case Management Conference via telephone will likely allow for a most productive Case Management Conference that will benefit the Court.

Date: June 11, 2012                               Respectfully submitted,

                                                  /s/ Erin L. McDermit
                                                  ERIN L. MCDERMIT
                                                  JEFFREY A. SNYDER
                                                  DAVID J. SHLANSKY*
                                                  Attorneys for Plaintiff and
                                                  Counterclaim Defendant ADEMA
                                                  Technologies, Inc., d/b/a Gloria Solar (USA)

* Admitted *pro hac vice*

## ORDER

Having considered the request of Plaintiff/Counterclaim Defendant's counsel *pro hac vice* to appear by telephone at the Case Management Conference scheduled for June 12, 2012, and good cause appearing therefore,

**IT HEREBY IS ORDERED** that the requested permission is granted. "Eqwpugn'ku" kpuvtwevgf "vq "eqpvcev "Eqwtv Ecm'cv": 88/7: 4/8: 9: "vq "cttcpi g "hqt "vgngr j qpke "cr r gctcpeg0"

Dated: Lwpg 33. 4234

PAUL SINGH GREWAL
U.S. Magistrate Judge