UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADEMA TECHNOLOGIES, INC, <br><br>                 Plaintiff, <br>         v. <br><br> IMAGINIT SOLAR BUILDING PRODUCTS, LLC, <br><br>                 Defendant. | Case No. 5:12-cv-01366-PSG <br><br> **ORDER TO FILE STATUS REPORT** <br><br> **(Re: Docket No. 65)** |

A status report in this case is long overdue. The parties shall file a status update within seven days.[1]

**IT IS SO ORDERED.**

Dated: July 1, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Docket No. 65 at 2 ("IT IS FURTHER ORDERED that, absent further order of this court, the parties shall file a status report on March 20, 2013, and every 120 days thereafter, to inform the court of the status of the bankruptcy case and whether a stay of this case is still warranted.").

1

Case No. 5:12-cv-01366-PSG
ORDER TO FILE STATUS REPORT